IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOLITA DUGLAS,<br>    Plaintiff | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 21-CV-3905<br>: |
| MARK HOANG, DMD,<br>    Defendant | :<br>: |

## ORDER

AND NOW, this 14th day of September, 2021, upon consideration of Lolita Duglas's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. Ms. Duglas's Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915(e)(2)(B) for the reasons stated in the Court's Memorandum as follows:

    a. All federal claims are **DISMISSED WITH PREJUDICE** as frivolous under § 1915(e)(2)(B)(i).

    b. All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4. The Court certifies that any appeal from the dismissal of Ms. Duglas's federal law claims is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

5. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER, J.